```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

          -v.-                         08 CRIM 325

WILLIAM LETRIZ,                   :   08 Cr.

          Defendant.              :

- - - - - - - - - - - - - - - - - -x
```

COUNT ONE

The Grand Jury charges:

1. In January 2008, in the Southern District of New York and elsewhere, WILLIAM LETRIZ, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, LETRIZ and others conspired to commit robbery



JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 10 2008

of an apartment in the Bronx, New York that they believed to contain multiple kilograms of cocaine.

(Title 18, United States Code, Section 1951.)

_____  
Foreperson

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

WILLIAM LETRIZ,

Defendant.

INDICTMENT

08 Cr. ___

(18 U.S.C. § 1951)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*Filed indictment. Case assigned to Judge Scheindlin.*
—*Francis, J.*

SRM
4/10/08

3