# Federal Defenders
## OF NEW YORK

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

May 27, 2008

**Via Facsimile**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED IN CHAMBERS OF
MAY 27 2008
JUDGE SCHEINDLIN

Re:  **United States v. William Letriz**
     **08 Cr. 325 (SAS)**

Dear Judge Scheindlin:

    I write on behalf of my client, William Letriz, to request that the Court reschedule the pretrial conference in the above-referenced case from today until Monday June 30 at 4:30. The adjournment is needed so the parties can discuss a possible disposition of the case short of trial and so that my client and I can review the discovery in this case.

    The government requests that time between May 27 and the adjourn date be excluded from any speedy trial calculation. On behalf of Mr. Letriz, I consent to that exclusion.

    Thank you for your time and consideration of this matter.

*[Handwritten: Request granted. Conference adjourned to June 30 at 4:30 and time excluded.]*

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

cc: AUSA Parvin Moyne

*[Handwritten: So Ordered: /s/ USDJ 5/27/08]*

TOTAL P.002