# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

June 25, 2008

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**Via Facsimile**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/08

Re: **United States v. William Letriz**
    08 Cr. 325 (SAS)

Dear Judge Scheindlin:

I write on behalf of my client, William Letriz, to request that the Court adjourn the pretrial conference in the above-referenced case, currently scheduled for Monday, June 30, for approximately three weeks. The parties have been involved in discussions regarding a disposition of the case short of trial, but need some additional time to conclude those discussions. I have spoken with Assistant United States Attorney Parvin Moyne who consents to the requested adjournment on behalf of the government.

The government requests that time between June 30 and the adjourn date be excluded from any speedy trial calculation. On behalf of Mr. Letriz, I consent to that exclusion.

Thank you for your time and consideration of this matter.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

cc: AUSA Parvin Moyne

*[Handwritten: Request granted. Conference adjourned to July 21 at 4:30 and time excluded.]*

*[Handwritten: So Ordered, USDJ 6/30/08]*

TOTAL P.002