

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2008



**By Facsimile**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **United States v. William Letriz,**
              08 Cr. 325 (SAS)

Dear Judge Scheindlin:

    A conference was scheduled in the above-referenced case for July 21, 2008, at 4:30 p.m. The Government has learned, however, that the defendant could not be produced today because he was writted to the State of New York for a conference in his pending state case. Accordingly, the Government writes (with the consent of defense counsel) to request an adjournment. In light of the ongoing plea negotiations, the parties respectfully request an adjournment for 30 days, by which time the parties believe to reach a disposition.

    Should the Court grant the adjournment, the Government writes to respectfully request (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the date of the new conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). Specifically, the parties are in extensive negotiations concerning a disposition of this case, and expect to continue to the negotiations over the next week.

*The Government's request is granted. The conference previously scheduled for July 21, 2008 is adjourned to August 25, 2008, at 4:00 p.m. Time is to be excluded for purposes of the Speedy Trial Act.*

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
     Assistant United States Attorney
     (212) 637-2510

cc:    Peggy Cross, Esq. (by facsimile)

*SO ORDERED:*

*Shira A. Scheindlin, USDJ*

*Date: July 21, 2018*

TOTAL P.02